UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

Case No. 8:25-cr-00106-VMC-AAS

JAVARIOUS BRINSON,
    Defendant.

_____/

## NOTICE OF APPEARANCE

Comes now, Serbo C. Simeoni, attorney for the Defendant, and hereby enters this Notice of Appearance on his behalf in the above-captioned cause.

## WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA

I, **JAVARIOUS BRINSON**, the above-named defendant, do hereby waive my right to be present at Arraignment and enter a plea of not guilty to the charges. I hereby state that I have received a copy of the charging instrument.

/s/SERBO C. SIMEONI
_____
Serbo C. Simeoni, Esq.

_____
**JAVARIOUS BRINSON**

Date: 6-5-20

## REQUEST FOR DISCOVERY

Comes now, **JAVARIOUS BRINSON**, by and through his undersigned attorney, and hereby gives notice that he will participate in all discovery allowed by the Federal Rules of Criminal Procedure, in the above-captioned cause.

/s/ SERBO C. SIMEONI
Serbo C. Simeoni, Esq.
1700 N. McMullen Booth Rd.
Suite A-7
Telephone:(727) 799-3506
Facsimile :(727) 202-5014
Email: pinellaslawyer@gmail.com

## CONSENT TO WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND RECEIPT OF PLEA OF NOT GUILTY

I hereby accept the Waiver of Defendant's Presence at Arraignment and Entry of Not Guilty Plea and direct that the plea of not guilty be received for filing. The matter of discovery will be addressed by separate order.

_____
UNITED STATES MAGISTRATE JUDGE

Date: June 8, 2026

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the original of the foregoing has been furnished by Electronic Filing to Sheryl L. Loesch, Clerk of the Court, U.S. District Court, Middle District of Florida and that e-mail notification of this filing will be sent to all interested people on this 5th day of June, 2026.

/s/ SERBO C. SIMEONI
Serbo C. Simeoni, Esq.
1700 N. McMullen Booth Rd.
Suite A-7
Telephone:(727) 799-3506
Facsimile :(727) 202-5014
Email: pinellaslawyer@gmail.com

2