**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**HONORABLE AMANDA ARNOLD SANSONE**

| | |
|---|---|
| **CASE NO.** 8:25-cr-00106-VMC-AAS | **DATE:** 8/20/2026 |
| **TITLE:** USA v. Javarious Brinson | |
| **START & END TIME:** 12:01 pm – 12:37 | **TOTAL TIME:** 36 minutes |
| **Courtroom Deputy:** Octavia Jarnegan | |
| **Court Reporter:** Digital | |
| **Counsel for Government:** Brooke Padgett | |
| **Counsel for Defendant(s):** Serbo Simeoni, CJA | |

**CLERK'S MINUTES**
**Plea Hearing – Guilty**

Case called and appearances were made by the parties.

Defendant placed under oath.

An inquiry as to competency is conducted by the Court. The Court finds no issue with competency.

Court advises certain constitutional rights.

Defendant is charged with a Superseding Indictment.
Defendant consents to proceed before a magistrate judge.
Court advises of charges, penalties and rights. The Court reviews Plea Agreement with the Defendant and advises of maximum penalties.
The government provides a factual basis, and the defendant admits the facts without objection.

Defendant pleads guilty to Counts Two, Three, and Four of the Superseding Indictment. The court finds that the defendant's plea is entered knowingly and voluntarily.

Report and recommendation to be entered.

The sentencing date is to be set by a separate notice by the district judge.

Defendant referred to probation for a presentence investigation report.

Defendant remains in custody.

Court is in recess.