UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE No. 8:25-cr-106-VMC-AAS

JAVARIOUS BRINSON /

**Defendant's Consent to the Court's Inspection of Presentence Report Prior to Plea of Guilty, Nolo Contendere, or Finding of Guilt**

I, **JAVARIOUS BRINSON,** hereby consent to review of my presentence report by a judge at any time, including the time prior to entry of a plea of guilty or nolo contendere or a finding of guilt.

I have read, or had read to me, the foregoing consent and fully understand it. No promise has been made to me as to what the final disposition of my case will be.

August 20, 2026
Date

Javarious Brinson
Signature of Defendant

August 20, 2026
Date

Defendant's Attorney