**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v. Case No.: 8:25-cr-106-VMC-AAS

JAVARIOUS BRINSON

---

# ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

The defendant, Javarious Brinson, entered a plea of guilty to Counts Two, Three, and Four of the Superseding Indictment before Magistrate Judge Amanda Arnold Sansone on August 20, 2026. The Magistrate Judge issued a Report and Recommendation in which she recommended the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

Accordingly, it is ORDERED and ADJUDGED:

1. That the Magistrate Judge's Report and Recommendation be adopted and confirmed and made a part hereof.
2. That the defendant, Javarious Brinson, be adjudicated guilty as to Counts Two, Three, and Four.
3. That sentencing be scheduled for ***November 19, 2026, at 10:00 AM,*** in Courtroom 14B of the Sam M. Gibbons Courthouse, Tampa, Florida.
4. Defense counsel must review the PSI Report with their client prior to sentencing. Counsel should notify CRD Gretchen O'Brien at 813-301-5348 if it appears that the sentencing hearing will be contested or if more than 45 minutes will be needed for the hearing.
5. Counsel for both parties must file a sentencing memorandum setting forth that respective party's sentencing recommendation. The memoranda are due no later than **seven (7) days** before the sentencing date.
6. Counsel must file any motion for a continuance of sentencing no later than **fourteen (14) days** before the sentencing date. A motion for continuance must include a statement of the other party's support or opposition to the proposed continuance.

7. The Court notifies any defendant currently on pretrial release that, under 18 U.S.C. § 3143(a)(2), the Court is required to remand a defendant into custody at sentencing in drug cases and cases involving crimes of violence.

**ORDERED** in Tampa, Florida on August 21, 2026.

Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE